IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| TRISTA FARHAN, personally and as personal representative of the Estate of Douglas Evans<br>    Plaintiff,<br><br>  vs.<br><br>ANDERSON COUNTY, ANDERSON COUNTY SHERIFFS OFFICE, OFFICER MILLER, OFFICER GLENN, OFFICER ACEVEDO, OFFICER MOORE, OFFICER HENDRIX, OFFICER SCOTT, and OFFICER HAGOOD,<br><br>    Defendants. | Civil Action No. 8:15-04609-MGL<br><br>**AMENDED ORDER OF DISMISSAL** |

The Court, having been advised by counsel for the parties that the above action has been settled, and approval of the settlement will be sought in State Court,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not approved and consummated within ninety (90) days, any party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed. R. Civ. P. If additional time is needed to have the settlement approved and/or consummated, the parties may request such additional time.

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken within ninety (90) days from the filing date of this Order.

IT IS SO ORDERED.

            s/Mary Geiger Lewis
            MARY GEIGER LEWIS
            UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 18, 2017